UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KEVIN A. JOHNSON, | ) ED CV 12-01405-GHK (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| TIM OCHOA, Warden, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

IT IS ADJUDGED that the first through third, fifth through eighth and tenth and eleventh claims are dismissed with prejudice. The fourth and ninth claims are dismissed without prejudice.

DATED:   12/19/12

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE